240 So.2d 232

**O. Romaine RUSSELL, James C. Dixon and Gloria Gelpi**

v.

**John J. McKEITHEN, Governor of the State of Louisiana.**

No. 50915.

Oct. 8, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

240 So.2d 232

**James R. LEAKE and Hanover Insurance Company**

v.

**PRUDHOMME TRUCK TANK SERVICE, INC. and Robert Paul Bertinot.**

No. 50862.

Oct. 23, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.